United States District Court
Southern District of Texas
**ENTERED**
October 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| BRYAN CONTRERAS CLAROS, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. 5:26-CV-01121 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

The Court previously ordered Respondents to provide a status report as to whether Petitioner remains in custody. *See* (D.E. 11). On October 1, 2026, Respondents notified the Court Petitioner was scheduled to be removed to Honduras within the next two weeks. (D.E. 12, p. 1). Three weeks later, it is unclear whether Petitioner's removal was effectuated. Accordingly, the Court **ORDERS** the Government to file a status report **on or before October 26, 2026,** addressing the status of Petitioner's removal proceedings, including whether he remains in custody.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
October 21st, 2026